01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   WARREN ERIC ARMSTEAD,                    )
                                              )   CASE NO.    C11-1352-MJP-MAT
09          Petitioner,                       )              (CR04-512-MJP)
                                              )
10   v.                                       )
                                              )   ORDER DENYING PETITIONER'S
11   UNITED STATES OF AMERICA,                )   MOTION FOR APPOINTMENT OF
                                              )   COUNSEL
12          Respondent.                       )
     _____ )
13

14          This is a matter brought pursuant to 28 U.S.C. § 2255.   Petitioner has presented to the

15   Court for consideration a motion requesting appointment of counsel and requesting transcripts.

16   The Court, having reviewed petitioner's motion, does hereby find and ORDER as follows:

17          (1)     Petitioner's request for appointment of counsel (Dkt. No. 7) is DENIED.   There

18   is no right to have counsel appointed in cases brought under 28 U.S.C. § 2255 unless an

19   evidentiary hearing is required.   See *Terrovona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir.

20   1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1991); and Rule 8(c) of the Rules

21   Governing Section § 2255 Cases in the United States District Courts.

22          The Court may exercise its discretion to appoint counsel for a financially eligible

ORDER DENYING PETITIONER'S
MOTION FOR APPOINTMENT OF
COUNSEL -1

01  individual where the "interests of justice so require."   18 U.S.C. § 3006A.   However,

02  petitioner fails to satisfy the Court that the interests of justice are best served by appointment

03  counsel at this juncture.   If the Court later orders an evidentiary hearing, the Court will appoint

04  counsel if petitioner qualifies.

05      (2)    Petitioner's request for transcripts is DENIED.   Petitioner does not identify

06  which transcripts he needs nor does he provide a clear explanation of why he needs any

07  transcripts at all.   The Court notes that a number of transcripts are already on file in the

08  underlying criminal case which petitioner may obtain by simply submitting a request to the

09  Clerk of Court along with the requisite copy fee.

10      (3)    The Clerk shall direct copies of this Order to petitioner, to counsel for the

11  government, and to the Honorable Marsha J. Pechman.

12      DATED this 8th day of September, 2011.

14  Mary Alice Theiler

15  United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION FOR APPOINTMENT OF
COUNSEL -2