01

02

03

04

05

06       UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
07         AT SEATTLE

08 WARREN ERIC ARMSTEAD,    )
                ) CASE NO.  C11-1352-MJP-MAT
09    Petitioner,      )       (CR04-512-MJP)
                )
10   v.           )
                ) ORDER DENYING PETITIONER'S
11 UNITED STATES OF AMERICA,   ) MOTION FOR APPOINTMENT OF
                ) COUNSEL
12    Respondent.     )
  _____ )
13

14     This is a matter brought pursuant to 28 U.S.C. § 2255.  Petitioner has presented to the

15 Court for consideration a motion requesting appointment of counsel and requesting transcripts.

16 The Court, having reviewed petitioner's motion, does hereby find and ORDER as follows:

17     (1)  Petitioner's request for appointment of counsel (Dkt. No. 7) is DENIED.   There

18 is no right to have counsel appointed in cases brought under 28 U.S.C. § 2255 unless an

19 evidentiary hearing is required.  See *Terrovona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir.

20 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1991); and Rule 8(c) of the Rules

21 Governing Section § 2255 Cases in the United States District Courts.

22     The Court may exercise its discretion to appoint counsel for a financially eligible

01 individual where the "interests of justice so require." 18 U.S.C. § 3006A. However,

02 petitioner fails to satisfy the Court that the interests of justice are best served by appointment

03 counsel at this juncture. If the Court later orders an evidentiary hearing, the Court will appoint

04 counsel if petitioner qualifies.

05     (2)    Petitioner's request for transcripts is DENIED. Petitioner does not identify

06 which transcripts he needs nor does he provide a clear explanation of why he needs any

07 transcripts at all. The Court notes that a number of transcripts are already on file in the

08 underlying criminal case which petitioner may obtain by simply submitting a request to the

09 Clerk of Court along with the requisite copy fee.

10     (3)    The Clerk shall direct copies of this Order to petitioner, to counsel for the

11 government, and to the Honorable Marsha J. Pechman.

12     DATED this <u>8th</u> day of September, 2011.

13

14     _____

15     Mary Alice Theiler
    United States Magistrate Judge

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
MOTION FOR APPOINTMENT OF
COUNSEL -2