UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN ERIC ARMSTEAD, ) | |
| ) | CASE NO. C11-1352-JLR-MAT |
| Petitioner, ) | (CR04-512-MJP) |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PETITIONER'S |
| UNITED STATES OF AMERICA, ) | MOTION TO AMEND AND THE |
| ) | GOVERNMENT'S MOTION FOR |
| Respondent. ) | EXTENSION OF TIME |
| ) | |

This is a matter brought pursuant to 28 U.S.C. § 2255. Currently pending before the Court are petitioner's motion to amend his § 2255 motion to add new grounds for relief, and the government's motion for an extension of time to file an answer to petitioner's § 2255 motion. The Court, having reviewed the pending motions, and the balance of the record, does hereby find and ORDER as follows:

(1) Petitioner's motion to amend his petition to add new grounds for relief (Dkt. No. 12) is GRANTED. Petitioner is advised that no further amendments will be permitted.

(2) The government's unopposed motion for an extension of time to file an answer to petitioner's § 2255 motion (Dkt. No. 10) is GRANTED. The government is directed to file

and serve an answer responding to the claims asserted by petitioner in his original § 2255 motion, and to those asserted in his motion to amend, not later than ***December 15, 2011***. The government is reminded that the answer will be treated in accordance with Local Rule CR 7 and, thus, should be noted on the Court's calendar for consideration on the fourth Friday after it is filed.

(3) The Clerk shall direct copies of this Order to petitioner, to counsel for the government, and to the Honorable James L. Robart.

DATED this <u>4th</u> day of October, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge