```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED
```

OCT 12 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-01352-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN EARL ARMSTEAD,  )
                                                      )
        Petitioner,             ) CASE NO.   C11-1352-JLR
                                                 )                     (CR04-512-JLR)
    v.                           )
                                                 )
UNITED STATES OF AMERICA,  ) ORDER DENYING MOTION UNDER
                                                 ) 28 U.S.C. § 2255
        Respondent.           )
_____ )

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, _including Objections and the Government's response to the Objections_, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's original and amended motions under § 2255 (Dkt. Nos. 1 and 12) are DENIED and this action is DISMISSED with prejudice;

(3)    In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

///

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1

01    (4)    The Clerk shall send copies of this Order to petitioner, to counsel for the

02 government, and to Judge Theiler.

03    DATED this 12 day of ~~12th~~ October, 2012.

05    _____
      JAMES L. ROBART
      United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2