___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 12 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

11-CV-01352-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WARREN EARL ARMSTEAD,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | ) | CASE NO. C11-1352-JLR<br>(CR04-512-JLR)<br><br>ORDER DENYING MOTION UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record (including Objections and the Government's response to the Objections), does hereby find and ORDER: JLR

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's original and amended motions under § 2255 (Dkt. Nos. 1 and 12) are DENIED and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

///

Case 2:11-cv-01352-JLR Document 28-2 Filed 09/07/12 Page 2 of 2

(4) The Clerk shall send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 12th day of October, 2012.

JAMES L. ROBART
United States District Judge